In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00093-CR


______________________________




DESHA NEWMAN, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 202nd Judicial District Court


Bowie County, Texas


Trial Court No. 01-F-0467-202




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Desha Newman appeals from her conviction for theft. She was convicted by a jury of theft
over $20,000.00 but less than $100,000.00. Newman was sentenced to ten years' imprisonment with
no fine assessed. The case is a companion to Donald Newman v. The State of Texas,
No. 06-02-00092-CR. Those causes were consolidated for trial, have been appealed separately, and
have been consolidated for purposes of briefing and oral argument. The indictment charged Desha
Newman and Donald "Mark" Newman with the same offense.

 Since the briefs and arguments raised therein are identical in both appeals, for the reasons
stated in Donald Newman v. The State of Texas, No. 06-02-00092-CR, we likewise resolve the issues
in this appeal in favor of the State.

 We affirm the judgment of the trial court.




 Jack Carter

 Justice


Date Submitted: July 11, 2003

Date Decided: July 17, 2003


Do Not Publish



uez v. State, 970 S.W.2d 133 (Tex. App.--Amarillo 1998, pet. ref'd).




 Bailey C. Moseley

 Justice


Date Submitted: January 30, 2008

Date Decided: January 31, 2008


Do Not Publish